UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VALENTIN REID,
                      Plaintiff,

       -against-

ALBIBRIS, INC.,
                      Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2019

19 Civ. 4176 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties were directed to file letter briefs regarding the court's subject matter jurisdiction in the event there are no remaining accessibility barriers by November 26, 2019 (Dkt. No. 29);

WHEREAS, Plaintiff failed to file a letter brief. It is hereby

**ORDERED** that, by **December 5, 2019,** Plaintiff shall file a letter brief providing the legal and factual support for the court's subject matter jurisdiction in light of Defendant's expert report and in the event there are no remaining accessibility barriers. If Plaintiff fails to do so, the motion will be considered unopposed.

Dated: December 2, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE