UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTIN REID<br>ON BEHALF OF HIMSELF<br>AND ALL OTHERS<br>SIMILARLY SITUATED<br>　　　　Plaintiff,<br><br>　vs.<br><br>ALIBRIS, INC.<br><br>　　　Defendant. | CASE NO. 1:19-cv-04176-LGS |

### [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT ALIBRIS, INC. ~~XXXXPURSUANT·TO·FED.·R.·CIV.·P.·41(a)(2)~~

THE COURT having reviewed the plaintiff's Motion to Dismiss With Prejudice and Without Costs as to Defendant Alibris, Inc. pursuant to Fed. R. Civ. P. 41(a)(2) and being fully advised in the premises DOES HEREBY ORDER that this case is dismissed with prejudice as to all remaining defendants. *See* Fed. R. Civ. P. 41(a)(1)(A)(1) ("[T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.")

BY THE COURT:

Dated: December 9, 2019
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**LORNA G. SCHOFIELD**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**